# CHAMBERS COUNTY DISTRICT CLERK



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/24/2017 1:57:26 PM

CHRISTOPHER A. PRINE
Clerk

PATTI L. HENRY
DISTRICT CLERK
(409) 267-2432 OFFICE

P.O. DRAWER NN
ANAHUAC, TEXAS 77514
(409) 267-8209 – FAX NO.

## NOTICE OF APPEAL
## ASSIGNMENT OF COURT

January 24, 2017

VIA TAMES PORTAL

**TO**: Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

**FROM**: Patti L. Henry, District Clerk, Chambers County, Texas

RE: Cause No. **CV22844; Styled: In the Matter of the Marriage of Thomas Chad Emerson and Amber Raquel Emerson; In the 344th District Court of Chambers County, Texas**

**DATE OF JUDGMENT: December 5, 2016**
**NOTICE OF APPEAL FILED: January 24, 2017**

The above case was assigned to your Court on the **24TH** Day of **January** A. D. **2017.**, by the Clerk of the District Court of Chambers County, Texas.

Sincerely,

PATTI L. HENRY, DISTRICT CLERK
CHAMBERS COUNTY, TEXAS
By: Linda Muniz, Deputy Clerk

Cc: Howard M. Kahn
Attorney at Law
P.O. Box 3466
Houston, Texas 77253
Howard@LoneStarLawyers.com

Bruce Baughman
Attorney At Law
1109 West Baker Road
Baytown, Texas 77521
baughmanlawoffice@gmail.com

No. 22844

| IN THE MATTER | § | IN THE DISTRICT COURT OF |
| OF THE MARRIAGE | § | |
| | § | |
| THOMAS CHAD EMERSON | § | CHAMBERS COUNTY, TEXAS |
| AND | § | |
| AMBER RAQUEL EMERSON | § | 344TH JUDICIAL DISTRICT |

Notice of Appeal

Please take notice of Amber Raquel Emerson's Notice of Appeal of the court's Order dated December 5, 2016 resolving Movant Amber Raquel Emerson's Motion for Enforcement and\or Clarification and Order Sealing Records rendered on January 12, 2017. The Appeal is to either the 1st or 14th Court of Appeals. Attached it the Accepted Notice of Appeal from the Appellate Clerk.

Respectfully submitted
/s/ Howard Kahn
Howard M. Kahn, SBN 11072500
POB 3466
Houston, Texas 77253
713-572-5246; 713-572-5248 fax
Howard@LoneStarLawyers.com

Certificate of Service

I certify I caused this Instrument to be served on opposing counsel through the court's electronic system.

Bruce Baughman
1109 West Baker Road
Baytown, Texas 77521
281-422-0538
baughmanlawoffice@gmail.com

Dated 2017-01-24                    /s/ Howard M. Kahn
                                    Howard M. Kahn

No.

In the
_____ Court of Appeals
Houston
State of Texas

From the 344th Judicial District Court of
Chambers  County
No. 22844

---

*Raquel Amber Emerson, Appellant*

*v.*

*Thomas Chad Emerson, Appellee,*

---

Notice of Appeal

---

Oral Argument Requested

# Notice of Appeal

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Rule 25.1(d), TRAP,

1. The trial court is the 344th Judicial District Court of Chambers County, Texas, No. CV22844.

2. The date of the Order appealed from: December 5, 2016.
   The date of the Oral Order appealed from: January 12, 2017.

3. Amber Raquel Emerson appeals the Order rendered on December 5, 2016 and the oral Order pronounced on January 12, 2017.

4. The Appeal is taken to either the First or Fourteenth Court of Appeals.

5. Amber Raquel Emerson is the name of the party filing this Notice of Appeal.

Respectfully submitted,
/s/ Howard M. Kahn
Howard M. Kahn, SBN: 11072500
POB 3466
Houston, Texas 77253
713-572-5246
713-572-5248 fax
Howard@LoneStarLawyers.com
Attorney for Amber Raquel Emerson

Certificate of Service

I certify I caused a true and correct copy of this Instrument to opposing counsel via the court's electronic notification and service system.

Bruce Baughman
1109 West Baker Road
Baytown, Texas 77521
281-422-0538
baughmanlawoffice@gmail.com
Attorney for Thomas Chad Emerson

Dated 2017-01-20                    /s/ Howard M. Kahn
                                    Howard M. Kahn

No. CV22844

IN THE MATTER OF
THE MARRIAGE OF

IN THE DISTRICT COURT OF

THOMAS CHAD EMERSON
AND
AMBER RAQUEL EMERSON

CHAMBERS COUNTY, TEXAS

AND IN THE INTEREST OF
HALEY REESE EMERSON AND
THOMAS CHANDLER EMERSON

344TH JUDICIAL DISTRICT

## ORDER

On November 7, 2016, an agreed settlement was entered into by the parties. Respondent was ordered to refinance the home located at 1334 Ben Mar Overlook, Baytown, Texas, and then to pay into the registry of the court all proceeds from the refinancing of the above home.

On November 24, 2016, the Court ordered check number 150883 in the amount of $31,051.00 and check number 150881 in the amount of $597.67 into the registry of the court. A total amount of the refinance ordered into the registry of the court was $31,648.67.

Pursuant to the agreed settlement, the Court now orders that $31,055.00 be tendered to Amber Raquel Emerson from the registry of the court. The remaining funds of $593.67 are to be tendered to Thomas Chad Emerson.

As part of the agreement, attorney's fees were to be determined by the Court. After a thoughtful consideration with regard to the reasonableness and necessity of the attorney's fees, the Court concludes that most attorney's fees excluding the original filing for enforcement by the Petitioner were not reasonable and/or were not necessary to resolve the issue before the Court. Thus, it is ordered that the Petitioner and Respondent pay their respective attorney's fees. No post judgment interest is to be paid.

IT IS ORDERED on this the 5th day of December, 2016.

FILED
THIS THE ___5th___ DAY OF December
A.D. 20 16 AT 9:58 O'CLOCK A M
PATTI L. HENRY
DISTRICT CLERK, CHAMBERS COUNTY, TEXAS
BY _____ DEPUTY

_____
JUDGE PRESIDING

NO. 22844

| IN THE MATTER OF | § | IN THE DISTRICT COURT OF |
| THE MARRIAGE OF | § | |
| | § | |
| | § | |
| THOMAS CHAD EMERSON | § | CHAMBERS COUNTY, TEXAS |
| | § | |
| AND | § | |
| | § | |
| AMBER RAQUEL EMERSON | § | 344TH JUDICIAL DISTRICT |

## ORDER DENYING MOVANT AMBER RAQUEL EMERSON'S MOTION FOR NEW TRIAL ON HER MOTION FOR ENFORCEMENT, ALTERNATIVELY CLARIFICATION FROM ORDER DATED DECEMBER 5, 2016

On January 12, 2017, Movant Amber Raquel Emerson's Motion for New Trial on her Motion for Enforcement, Alternatively Clarification from Order Dated December 5, 2016 came on to be heard.

Movant, AMBER RAQUEL EMERSON, appeared in person and by attorney, HOWARD M. KAHN, and announced ready.

Respondent, THOMAS CHAD EMERSON, appeared in person and by attorney, BRUCE A. BAUGHMAN, and announced ready.

The Court, having considered same, makes the following orders relative thereto:

IT IS ORDERED that the Movant Amber Raquel Emerson's Motion for New Trial on her Motion for Enforcement, Alternatively Clarification from Order Dated December 5, 2016 and her request for attorney's fees is DENIED.

SIGNED on _____, 2017.

_____
JUDGE PRESIDING

FILED
THIS THE ____ DAY OF January
A.D. 2017 AT 2:30 O'CLOCK P M
PATTI HENRY
DISTRICT CLERK CHAMBERS COUNTY, TEXAS
BY _____ DEPUTY

APPROVED AS TO FORM:


BY:   HOWARD M. KAHN
Post Office Box 3466
Houston, Texas 77253
Telephone: (713) 572-5246
Facsimile: (713) 572-5248
E-Mail: Howard@LoneStarLawyers.com
Texas Bar Number: 11072500
ATTORNEY FOR AMBER RAQUEL EMERSON

BRUCE A. BAUGHMAN, P.C.


BY:   BRUCE A. BAUGHMAN
1109 West Baker Road
Baytown, Texas 77521
Telephone: (281) 422-0538
E-Mail: baughmanlawoffice@gmail.com
Texas Bar Number: 01923700
ATTORNEY FOR THOMAS CHAD EMERSON